IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DALE STEVEN BOWERS,

    Plaintiff,

  v.

STATE OF GEORGIA, et al.,

    Defendant.

CIVIL ACTION NO.: 4:25-cv-9

**O R D E R**

The Magistrate Judge issued a Report and Recommendation that Plaintiff Dale Steven Bowers' 42 U.S.C. § 1983 Complaint be dismissed. (Doc. 14.) Plaintiff did not object, but, instead, filed a Motion to voluntarily dismiss his case. (See doc. 16.) Although the Motion refers to the standard applicable to motions to amend pleadings, under Federal Rule of Civil Procedure 15, (see id., p. 1), it is more properly construed as a voluntary dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(i). So construed, the Motion is **GRANTED**, (doc. 16), and Plaintiff's Complaint is **DISMISSED without prejudice**. See Fed. R. Civ. P. 41(a)(1)(B). The Clerk is DIRECTED to TERMINATE the Report and Recommendation as moot. (Doc. 14.) The Clerk of Court is DIRECTED to CLOSE this case.

**SO ORDERED**, this 7th day of March, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA